1  Laurence A. Kluck, SB #123791
   Attorney at Law
2  MATHEWS, KLUCK, WALSH & WYKLE, LLP
   100 M Street
3  Eureka, CA 95501
4  Telephone: (707) 442-3758

5  Attorneys for Russell McNamara

RECEIVED 2011 JAN -7 P 3 54
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE PEPPERS, | CASE NO. CV 10 5599 EMC |
| Plaintiff, | STIPULATION TO CONTINUE DATE TO FILE ANSWER TO COMPLAINT ; ORDER |
| v. | |
| COURTHOUSE UNION INCORPORATED, a California corporation, dba COURTHOUSE UNION 76, AND does 1 TO 50, INCLUSIVE, | |
| Defendants. | |

IT IS STIPULATED, by and between the parties hereto, through their respective counsel, that a 30-day extension to allow Defendant to answer Plaintiff's Complaint for Injunctive Relief and Damages shall be continued from January 14, 2011 to February 14, 2011.

Dated: 12-28-10           _____
                          Jason K. Singleton, Attorney for Plaintiff

Dated: 1-5-11             Mathews, Kluck, Walsh & Wykle, LLP

                          By: _____
                          Laurence A. Kluck, Attorney for Defendant

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen

1
United States District Court Case No. CV 10 5599
STIPULATION TO CONTINUE DATE TO FILE ANSWER TO COMPLAINT